IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LINDA G. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:03-cv-559 |
| | ) | |
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

For the reasons stated in Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the motion of defendants David Haggard and Fay Hall, sued in their individual capacities, for summary judgment [doc. 66] is **GRANTED as to defendant David Haggard and DENIED as to defendant Fay Hall**.

ENTER:

*s/ Leon Jordan*
United States District Judge