IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA G. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03-cv-559 |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This civil action is before the court on the motion in limine filed by defendants David Haggard[1] and Fay Hall, seeking to exclude the testimony of Dr. Thomas Boduch and any other expert witness for the plaintiff [doc. 91]. The defendants admit that Dr. Boduch was properly disclosed as an expert and his deposition has been taken. Nevertheless, the defendants contend that Dr. Boduch is not an expert on law enforcement or jail administration, and he should not be allowed to testify about these topics. The plaintiff has responded [doc. 92], and argues that Dr. Boduch, as the doctor hired by the Roane County jail to treat prisoners, will testify as a fact witness and as to the appropriateness of the medical attention the plaintiff received while she was incarcerated.

---

[1] Defendant David Haggard has been dismissed as a party defendant [docs. 100 and 103].

The court finds Dr. Boduch's testimony is relevant, both as a fact witness and as an expert on the medical attention the plaintiff did or did not receive, and the plaintiff is entitled to present his testimony related to these subjects. Therefore, it is hereby **ORDERED** that the defendants' motion is **GRANTED** to the extent that it seeks to limit Dr. Boduch's testimony about law enforcement or jail administration, and is **DENIED** as to testimony about the plaintiff's medical care.

ENTER:

*s/ Leon Jordan*
United States District Judge