IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA G. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03-CV-559 |
| ) | (JORDAN/GUYTON) |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter came before the undersigned on May 22, 2006, pursuant to Order [Doc. 93] of District Judge Leon Jordan for a hearing and determination of the Plaintiff's Second Motion To Compel Discovery [Doc. 90]. Based upon the pleadings, argument of counsel, and the entire record in this case, the Court finds that the said Motion [Doc. 90] is well-taken and therefore is **GRANTED**. The discovery deadline is waived with regard to the following potential witnesses: Debbie Gibson, Adam Langley and Stacee Thompson. Counsel for defendant Hall will cooperate fully with plaintiff's counsel in scheduling the discovery of Gibson, which may be conducted by telephone if necessary, and in providing the last known addresses and phone numbers of Adam Langley and Stacee Thompson, and cooperating in their discovery. Plaintiff's counsel will keep said contact information confidential and not disclose it to plaintiff.

Counsel for the parties announced at the hearing that they were ready for trial on the present trial date of June 12, 2006, except for the discovery of Gibson, Langley, and Thompson. The

1

Court directed the parties to cooperate and take all appropriate action to ensure that the discovery of these three persons does not affect the trial proceeding as scheduled.

**IT IS SO ORDERED.**

**ENTER:**

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge

2