IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA G. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:03-cv-559 |
| | ) |
| STATE OF TENNESSEE, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

This civil action came before the court on August 1, 2006, for a hearing on the plaintiff's motion for a new trial [doc. 128]. For the reasons stated on the record in open court, it is hereby **ORDERED** that the plaintiff's motion is **DENIED**.

ENTER:

    *s/ Leon Jordan*
United States District Judge